**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
CLARENCE DEAN,

                       Petitioner,

-against-

RAUL MALDONADO, WARDEN OF MDC
BROOKLYN, and LETITIA JAMES, ATTORNEY
GENERAL OF THE STATE OF NEW YORK,

                       Respondent.
-------------------------------------------------------------X

24 **CIVIL** 5782 (RA)(OTW)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memo Endorsed Order dated June 23, 2026, because Mr. Dean has passed

away, this habeas action is dismissed as moot; accordingly, the case is closed.

**DATED:**  New York, New York
         June 25, 2026

**TAMMI M. HELLWIG**

_____
**Clerk of Court**

**BY:**      K. Mango

_____
**Deputy Clerk**